UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24487-KMM

FLAGSHIP MARINE, LLC,

    Plaintiff,

v.

RMK MERRILL STEVENS LLC,

    Defendant.
_____/

RMK MERRILL STEVENS LLC, and
XL SPECIALTY INSURANCE COMPANY,
as subrogee of RMK Merrill Stevens LLC,
as their interests may appear,

    Counter-Plaintiffs,

v.

FLAGSHIP MARINE, LLC,

    Counter-Defendant.
_____/

RMK MERRILL STEVENS LLC,

    Third-Party Plaintiff,

v.

VISIONF YATCILIK, A.S.,

    Third-Party Defendant.
_____/

## AMENDED COUNTERCLAIM AGAINST FLAGSHIP MARINE, LLC

Defendant/Counter-Plaintiffs, RMK MERRILL STEVENS LLC and XL SPECIALTY INSURANCE COMPANY, by and through its undersigned counsel and pursuant to Rules 13(a)(1)(A) and (B) of the Federal Rules of Civil Procedure, file this Amended Counterclaim against Plaintiff / Counter-Defendant, FLAGSHIP MARINE, LLC, and state as follows:

1. This is an admiralty law claim within the meaning of Federal Rule of Civil Procedure 9(h).

2. Jurisdiction also exists pursuant to the General Maritime Law of the United States pursuant to 28 USC Sec. 1333.

3. At all times material, Plaintiff, RMK MERRILL STEVENS, LLC ("Merrill Stevens" or "Plaintiff"), was a Florida Limited Liability Company with a principal place of business in Miami, Florida.

4. Amongst other things, Merrill Stevens is the business of yacht repair which includes providing marine repair, maintenance, provisions, shipyard services, security, dockage and other necessaries to vessels.

5. At all times material, XL SPECIALTY INSURANCE COMPANY is a Delaware domiciled insurance company and admitted to write property insurance in the State of Florida.

6. At all times material, Defendant FLAGSHIP MARINE, LLC claims to be the owner of the M/Y Flagship, Hull Identification Number VFY820051323.

7. On or about January 19, 2024, FLAGSHIP MARINE, LLC brought the M/Y Flagship to the RMK Merrill Stevens shipyard in Miami, Florida.

8. At all times material, the M/Y Flagship lay afloat on the navigable waters of the United States.

9. The M/Y Flagship was brought to RMK MERRILL STEVENS for various work at the request of VisionF Yatcilik A.S., the builder of the M/Y Flagship.

10. At all material times, the M/Y Flagship was attended by FLAGSHIP MARINE, LLC's captain and/or agent.

11. At all material times FLAGSHIP MARINE LLC, and/or its agents, owed a duty to RMK MERRILL STEVENS, LLC to exercise reasonable care in the operation and maintenance of its vessel, its equipment, and appurtenances.

12. FLAGSHIP MARINE, LLC knew or should have know that the M/Y Flagship's electrical systems were defective and therefore posed a risk of fire.

13. On April 28, 2024, the M/Y Flagship caught fire and sank as a result of the negligence of Flagship Marine and/or its agents.

14. The precise cause of the fire is still under investigation, but upon information and belief, FLAGSHIP MARINE, LLC's negligence includes, but is not limited to:

   a. Failure to maintain the Vessel's electrical system;

   b. Failure to ensure that the Vessel's battery management system was operational and functioning as intended; and/or

   c. Providing an inadequate and/or defective charger for the 24-volt battery system.

15. On April 28, 2024, an XL SPECIALTY INSURANCE COMPANY policy of insurance, Policy No. UM00074655MA24A ("Policy"), was in effect insuring the property of Merrill Stevens for direct physical loss or damage to covered property from any of the covered causes of loss.

16. As a result of the fire on the M/Y Flagship, RMK Merrill Stevens suffered approximately $101,165 in damage to its property.

17. The fire on the M/Y Flagship caused direct physical loss and damage to Merrill Stevens' property that was a covered loss under the Policy.

18. XL SPECIALTY INSURANCE COMPANY paid Merrill Stevens approximately $73,744.05 for physical damage to the property per the terms and conditions of the insurance Policy.

19. XL SPECIALTY INSURANCE COMPANY is subrogated to the rights of Merrill Stevens for any payments submitted for physical damage to the property.

WHEREFORE, RMK MERRILL STEVENS, LLC and XL SPECIALTY INSURANCE COMPANY seek judgment against FLAGSHIP MARINE LLC, as their interest may appear, for damages to Merrill Stevens property, including costs, pre-judgment interest, and any such further relief this Court shall deem just and proper.

Respectfully submitted this 9th day of May 2025,

By: */s/ Gino J. Butto*
**Gino J. Buttó, Esq.**
Fla. Bar No.: 98462
gbutto@NauticalLawyers.com
**F. David Famulari, Esq.**
Fla. Bar. No.: 0860506
dfamulari@NauticalLawyers.com
FAMULARI, BUTTO
& HIGGINBOTTOM, PLLC
2332 Galiano Street 2nd Floor
Coral Gables, FL 33134
Phone: (305) 728-7082

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Gino J. Butto*
**Gino J. Buttó, Esq.**
Fla. Bar No.: 98462
gbutto@NauticalLawyers.com

## SERVICE LIST

**Christopher R. Fertig, Esq.**
Florida Bar No.: 218421
chris.fertig@fertig.com
FERTIG & GRAMLING
200 SE 13th Street
Fort Lauderdale, FL 33316
Telephone: (954) 763-5020
Facsimile: (954) 763-5412
*Counsel for Plaintiff/Counter Defendant*

**Gino J. Butto, Esq.**
Florida Bar No.: 98462
gbutto@NauticalLawyers.com
**F. David Famulari, Esq.**
Florida Bar No.: 0860506
dfamulari@Nauticallawyers.com
FAMULARI, BUTTO & HIGGINBOTTOM, PLLC
2332 Galiano Street, 2nd Floor.
Coral Gables, 33134
Telephone: (305) 728-7082
*Counsel for Defendant/Counter Plaintiff/*
*Third-Party Plaintiff*

**Kavan Vartak, Esq.**
Florida Bar No. 1017058
Kvartak@moore-and-co.com
MOORE & COMPANY, PA
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
*Counsel for Third Party Defendant*